Exhibit 6

| **Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Mercury Systems, Inc. ("Defendant")** | |
|---|---|
| **Claim 20** | **Evidence** |
| 20. A method ofprocessing requests, comprising: | The Mercury Systems Customer Service system performs a method of processing requests.<br><br>For example, the Mercury Systems Customer Service system performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>Mercury Systems, Inc.<br><br>50 Minuteman Road<br><br>Andover, MA 01810<br><br>+1 (978) 256-1300<br><br>Source: https://www.mrcy.com/company/contact-us |

1

| First Name:* | |
| Last Name:* | |
| Work Email:* | email@company.com |
| Phone:* | |
| Company:* | |
| Job Title:* | |
| Country:* | Select... |
| City:* | |
| Contact Nature:* | Select... |
| Inquiry:* | Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum. |

Source: https://www.mrcy.com/company/contact-us

If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*Nzl4OTgxNDUuMTcyMTcyNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.

| | |
|---|---|
| | With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |
| estimating at least one content-specificor requestor-specific characteristic | The Mercury Systems Customer Service system estimates a content-specific or a requestor-specific characteristic associated with each received request.<br><br>For example, the Mercury Systems Customer Service system uses information provided by the caller, such as through interactive voice responses, chatbot entries, |

| associated with each received request; | and email to determine the nature of the call.<br><br><br><br>Source: https://app.Mercury Systemstribe.com/login?utm_source=google_search&utm_medium=paid_search&utm_term=e-Mercury Systems&gad_source=1&gclid=Cj0KCQjw-uK0BhC0ARIsANQtgGPNeROaGhJYgKFMZWH_EQSdKvDw7L6uVMFJIBUg39YXpkJULLEzGJYaAniNEALw_wcBV |
| --- | --- |

Mercury Systems, Inc.

50 Minuteman Road

Andover, MA 01810

+1 (978) 256-1300



| First Name:* | |
| Last Name:* | |
| Work Email:* | email@company.com |
| Phone:* | |
| Company:* | |
| Job Title:* | |
| Country:* | Select... |
| City:* | |
| Contact Nature:* | Select... |
| Inquiry:* | Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum. |

Source: https://www.mrcy.com/company/contact-us



If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wwLjA.

With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.

Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.

"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."

— Tim Aleck, Vice President, Head of Talent, Mercury Systems

Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.

| determining availability of a | The Mercury Systems Customer Service system determines the availability of multiple alternate target resources, each of which has a target characteristic. |

| plurality of alternate target resources, each respective target resource having at least onerespective target characteristic; | For example, the Mercury Systems Customer Service system determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language/department). The Mercury Systems Customer Service system runs on Genesys Cloud Service Cloud to perform the determination and other related functions for processing the requests. |
|---|---|

With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.

"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."

— Tim Aleck, Vice President, Head of Talent, Mercury Systems

Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

| evaluating, with at least one automated proce | The Mercury Systems Customer Service system evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on |
|---|---|

| | |
|---|---|
| ssor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the Mercury Systems Customer Service system via Genesys Cloud Service Cloud uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

## Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| generating | The automated processor of the Mercury Systems Customer Service system |

| a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.

For example, the Mercury Systems Customer Service system via Genesys Cloud Service Cloud generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.



Source: https://www.mrcy.com/company/contact-us |

| First Name:* | |
| Last Name:* | |
| Work Email:* | email@company.com |
| Phone:* | |
| Company:* | |
| Job Title:* | |
| Country:* | Select... ▼ |
| City:* | |
| Contact Nature:* | Select... ▼ |
| Inquiry:* | Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum. |

Source: https://www.mrcy.com/company/contact-us

If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?
_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wwLjA.

With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.

Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.

"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."

— Tim Aleck, Vice President, Head of Talent, Mercury Systems

Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.

## Turn inbound interactions into opportunities with ACD

**Eliminate static skill-based rules**

Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.

**Reduce average handle time**

Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.

**Deliver a better customer experience**

Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions.

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

## Automated attendant and basic IVR

Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.

Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr

### Get flexible routing with an AI-driven ACD — no matter your business size



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd