# Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Mercury Systems ("Defendant")**

| Claim 11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Mercury Systems Customer Service system performs a method for assigning communications.<br><br>For example, the Mercury Systems Customer Service system assigns incoming calls (including SMS and live chats) to call center agents. The Mercury Systems Customer Service system is implemented on Genesys Cloud Service Cloud to perform the method of assigning communications.<br><br>Mercury Systems, Inc.<br>50 Minuteman Road<br>Andover, MA 01810<br>+1(978)256-1300<br><br>Source: https://www.mrcy.com/company/contact-us |

| | |
|---|---|
| | First Name:* <br> Last Name:* <br> Work Email:* email@company.com <br> Phone:* <br> Company:* <br> Job Title:* <br> Country:* Select... <br> City:* <br> Contact Nature:* Select... <br> Inquiry:* Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum. <br><br> Source: https://www.mrcy.com/company/contact-us <br><br> If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you. <br><br> Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA. |

<table>
<tr><td></td><td>
With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>
"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>
— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>
Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.
</td></tr>
<tr><td>receiving a plurality of respective</td><td>The Mercury Systems Customer Service system receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.</td></tr>
</table>

| | |
|---|---|
| communications for association with a respective resource selected from a plurality of resources; | For example, the Mercury Systems Customer Service system receives multiple incoming calls (e.g. including phone calls, SMS, and live chats) from customers requesting support or information. Each incoming calls to be assigned, by the customer service system, to a call center agent who can help the customer with the customer's request.   Source: https://www.mrcy.com/company/contact-us |

First Name:*
Last Name:*
Work Email:* email@company.com
Phone:*
Company:*
Job Title:*
Country:* Select...
City:*
Contact Nature:* Select...
Inquiry:* Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum.

Source: https://www.mrcy.com/company/contact-us

If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.

| | |
|---|---|
| | With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |
| identifying a plurality of resources available for association with | The Mercury Systems Customer Service system identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. Each available resource has a limited quantitative capacity for association with multiple communications and an availability state. |

| | |
|---|---|
| a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | For example, the Mercury Systems Customer Service system uses one or more of interactive voice response (e.g. language), caller identification (e.g., user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service system identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service system to be available to handle the call. Each call center agent typically handles only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).   Source: https://support.mrcy.com/s/login/?startURL=%2Fs%2F%3F_gl%3D1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.%26t%3D1721724970295 |



Source: https://www.mrcy.com/company/contact-us

Source: https://www.mrcy.com/company/contact-us

| | |
|---|---|
| | If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.<br><br>Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead. |

| | |
|---|---|
| | "MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner." — Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Mercury Systems Customer Service system calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Mercury Systems Customer Service system determines an estimated wait time that the caller will remain in a queue before the agent can take the call (e.g., to prioritize urgent communications). |

| | |
|---|---|
| | With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing**<br>Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.<br><br>**Dynamic agent-queue membership**<br>Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.<br><br>**Basic ACD routing**<br>Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.<br><br>**Skills-based routing**<br>Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.<br><br>**Bullseye routing**<br>Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.<br><br>**Preferred agent routing**<br>Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd<br><br>**Automated attendant and basic IVR**<br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |
| estimating an expected | The Mercury Systems Customer Service system estimates an expected economic value to be obtained by associating each respective communication with each respective |

| | |
|---|---|
| economic value to be obtained by associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource.<br><br>For example, for a given call, the Mercury Systems Customer Service system determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |

| | Automated attendant and basic IVR<br><br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr<br><br>Turn inbound interactions into opportunities with ACD<br><br>**Eliminate static skill-based rules**<br>Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.<br><br>**Reduce average handle time**<br>Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.<br><br>**Deliver a better customer experience**<br>Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions. |
|---|---|



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| assigning each | The Mercury Systems Customer Service system assigns each of the multiple respective |

| | |
|---|---|
| of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by customer feedback survey and ratings and the skilled agent by analysis of skills, Mercury Systems Customer Service system selects a call center agent to handle the call and connects that agent with the caller.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |

| | |
|---|---|
| | Automated attendant and basic IVR<br><br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr<br><br>Turn inbound interactions into opportunities with ACD<br><br>Eliminate static skill-based rules<br>Manual agent administration wastes time and money. Simplify the process using a dynamic agent that queues assignments based on skill expressions and proficiency levels.<br><br>Reduce average handle time<br>Business KPIs depend on how you distribute interactions. Lower average handle time and costs with intelligent automatic call distribution (ACD) that expands agent skills.<br><br>Deliver a better customer experience<br>Poor resolution rates, multiple transfers and long wait times negatively affect customer satisfaction. Meet evolving customer expectations with smarter routing decisions. |



Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd