# Exhibit 9

**Infringement Claim Chart for U.S. Pat. No. US7269253B1 v. Mercury Systems Inc. (“Defendant”)**

| Claims | Evidence |
| --- | --- |
| 10. A communications method comprising: | The Mercury Systems Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Mercury Systems Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and an agent in an appropriate department for assistance.<br><br>Mercury Systems, Inc.<br>50 Minuteman Road<br>Andover, MA 01810<br>+1(978) 256-1300<br><br>Source: https://www.mrcy.com/company/contact-us |

First Name:*

Last Name:*

Work Email:* email@company.com

Phone:*

Company:*

Job Title:*

Country:* Select...

City:*

Contact Nature:* Select...

Inquiry:* Please add any questions and relevant information, e.g., program requirements, specs, timeline, quantity, budget. 2000 character maximum.

Source: https://www.mrcy.com/company/contact-us

If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.

| | |
|---|---|
| | With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |

| (a) receiving a plurality of communications, each having associated classification information; | The Mercury Systems Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, Mercury Systems provides excellent customer receives calls from multiple callers. For each call, a user provides information about the nature of call via keypad entry or Interactive Voice Response (IVR). The responses are used to classify the call.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |
|---|---|




Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing**<br>Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.<br><br>**Dynamic agent-queue membership**<br>Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.<br><br>**Basic ACD routing**<br>Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.<br><br>**Skills-based routing**<br>Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.<br><br>**Bullseye routing**<br>Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.<br><br>**Preferred agent routing**<br>Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd<br><br>**Automated attendant and basic IVR**<br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |

| | |
|---|---|
| (b) storing information representing characteristics of at least three potential targets; and | The Mercury Systems Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Mercury Systems Customer Service system records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call. The Mercury Systems company employs numerous agents, at least three of which possess the skill set required by call.<br><br>With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |




Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing** Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution.<br><br>**Dynamic agent-queue membership** Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results.<br><br>**Basic ACD routing** Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent.<br><br>**Skills-based routing** Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel.<br><br>**Bullseye routing** Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents.<br><br>**Preferred agent routing** Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships.<br><br>Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd<br><br>**Automated attendant and basic IVR**<br><br>Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed.<br><br>Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |

| | |
|---|---|
| (c) determining, in a combinatorial optimization, an optimum target for each communication based on the communication classification, and target characteristics. | The Mercury Systems Customer Service system determines an optimum target for each communication based on the communication classification and target characteristics using a combinatorial optimization comparing at least three potential targets.<br><br>For example, the Mercury Systems Customer Service system analyses caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Genesys Cloud Platform Service Cloud (i.e., a combinatorial optimization).<br><br><br><br><br>Source: https://www.mrcy.com/company/contact-us |




Source: https://www.mrcy.com/company/contact-us

If you don't yet have an account, you can send an email with a description of the issue you are having with your Mercury Systems product to support@mrcy.com and Technical Support will contact you.

Source: https://support.mrcy.com/s/?_gl=1*1efmcsv*_gcl_au*NzI4OTgxNDUuMTcyMTcxNjAyMw..*_ga*MTEzNjAwODQ2NS4xNzIxNzE2MDI0*_ga_PDKB6TGZRV*MTcyMTcxNjAyMy4xLjAuMTcyMTcxNjAyMy42MC4wLjA.

| | |
|---|---|
| | With the Genesys DX Helpdesk solution, Mercury Systems built a knowledge base that consolidated all of the HR data from an outdated site and other documents into one, allowing the HR team to easily keep it current and relevant. The team built out its HR model around centers of excellence (COE) for talent, recruitment, benefits, and learning and development; and pointed employees to its bot, MAE (Mercury Assistant for Everyone). Basic information resides in these areas where employees can get the answers they need, and if the bot cannot answer a question, it is elevated to the HR operations team or up to the COE lead.<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant.<br><br>"MAE has given our team something to own, bring in better language support and segment out different tiers of support depending on if it is HR operations, a COE or HR business partner."<br><br>— Tim Aleck, Vice President, Head of Talent, Mercury Systems<br><br>Source: https://www.genesys.com/customer-stories/mercury-systems#:~:text=With%20the%20Genesys%20DX%20Helpdesk,keep%20it%20current%20and%20relevant. |




Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd




Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd

| | |
|---|---|
| | **AI-driven routing** Attach routing selection data to each call. Enable business intelligence and artificial intelligence (AI) to identify behaviours that translate into decisions, such as skill combinations that improve first-call resolution. **Dynamic agent-queue membership** Improve routing effectiveness by using dynamic skills and proficiency expressions to link agents to queue membership. This simplifies routing administration and improves matching results. **Basic ACD routing** Keep call centre routing simple. Send interactions to the agent who's been idle the longest. If all agents are busy, send the interaction to the first available agent. **Skills-based routing** Match customers with agents who have the right expertise to resolve their issues quickly. Skills-based routing gets customers to the right agent the first time — no matter the channel. **Bullseye routing** Route customer interactions to a targeted sub-queue of agents with specific skills. If no agents are available, it relaxes the requested skills based on queue configuration and automatically expands the pool of agents. **Preferred agent routing** Select which agents should handle specific interactions based on the characteristics you specify. This could include skill set, responsibilities or existing customer relationships. <br><br> Source: https://www.genesys.com/capabilities/automatic-call-distribution-acd <br><br> **Automated attendant and basic IVR** Choose the right self-service strategy. Configure basic IVR voice options and IVR applications if that's all you need. Use touch-tone and speech prompts. Pass data to your ACD. Get the advanced IVR reports needed. <br><br> Source: https://www.genesys.com/capabilities/interactive-voice-response-ivr |